IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| THOMAS LANE KELLER, ANN HARITHAS & STEVEN CRAIG ANDERSON, CO-INDEPENDENT EXECUTORS UNDER THE WILL OF MAUDE WILLIAMS, deceased, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. V-02-62 |

## FINAL JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions of Law entered August 20, 2009 and other orders entered subsequent thereto, it is **ORDERED** that Plaintiffs Thomas Lane Keller, Ann Harithas, and Steven Craig Anderson, Co-Independent Executors under the Will of Maude Williams, recover from Defendant United States of America the sum of $115,375,591.00, consisting of a refund of an overpayment of federal estate tax in the amount of $65,533,154.00 and interest in the amount of $49,842,437.00 accrued through September 27, 2010. Plaintiffs shall also recover from Defendant additional interest on the above-described sum of $115,375,591.00 accruing after September 27, 2010 as provided by 28 U.S.C. § 2411. Each Party shall bear its own costs.

All relief not expressly granted in this Judgment is **DENIED**.

This is a **FINAL JUDGMENT**.

SIGNED this _21st_ day of _October_, 2010.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE